# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WESLEY LEDOUX, JR. AND
AMARIS WILLIAMS LEDOUX

VERSUS

STEWART TITLE GUARANTY
COMPANY, MILESTONE TITLE
INCORPORATED AND SHEA E.
LANDRY

NO.  2022 CW 0920

**NOVEMBER 30, 2022**

---

In Re:    Shea E. Landry, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          166,698.

---

BEFORE:   **McCLENDON, THERIOT, CHUTZ, WOLFE, AND HESTER, JJ.**

  **WRIT GRANTED.** The trial court's July 27, 2022 judgment
denying the exception of peremption filed by defendant, Shea E.
Landry, is reversed.  An action against any notary public for
damages occasioned by such notary public in the exercise of the
functions of a notary public, whether based upon tort, or breach
of contract, or otherwise, arising out of an engagement to
provide notarial services shall be filed in all events at the
latest within three years from the date of the alleged act,
omission, or neglect. La. R.S. 35:200(A). Moreover, this period
of limitation is peremptive and may not be renounced,
interrupted, or suspended. La. R.S. 35:200(B). It is undisputed
that the act complained of, i.e. the preparation and execution
of the act of correction, occurred on January 4, 2010.
Accordingly, the claims set forth in plaintiffs' petition filed
on April 13, 2020 against Shea E. Landry are perempted.

  The exception of peremption filed by defendant, Shea E.
Landry, is granted, and the claims asserted by plaintiffs,
Wesley Ledoux, Jr. and Amaris Williams Ledoux, against
defendant, Shea E. Landry, are dismissed with prejudice.

PMc
MRT
WRC
EW

  **Hester, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT